UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOULD PAPER CORPORATION,

        Plaintiff,

v.

ALEX GOMEZ and JOHN HUEMPFNER,

        Defendants.

_____/

CASE NO. 07 CIV 6087
JUDGE CHIN

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Franklin A. Rothman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Paul K. Silverberg, Esq.
Silverberg & Associates, P.A.
2665 Executive Park Drive, Suite 2
Weston, Florida 33331
Telephone Number: (954) 384-0998
Fax Number: (954) 384-5390

Paul K. Silverberg is a member in good standing of the Bar of the State of Florida.

There are no pending disciplinary proceedings against Paul K. Silverberg in any State or Federal Court.

Dated: August 14, 2007
New York, New York

Respectfully submitted,

_____
Franklin A. Rothman
NY Bar No. FR9553
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, New York 10013
Phone Number: (212) 571-5500
Fax Number: (212) 571-5507

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOULD PAPER CORPORATION,

        Plaintiff,

v.

ALEX GOMEZ and JOHN HUEMPFNER,

        Defendants.

_____/

CASE NO. 07 CIV 6087
JUDGE CHIN

**AFFIDAVIT OF FRANKLIN A. ROTHMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

STATE OF NEW YORK   )
                               )ss:
COUNTY OF NEW YORK )

    Franklin A. Rothman, being duly sworn, deposes and says the following:

    1.    I am a partner at the law firm of Rothman, Schneider, Soloway & Stern, counsel for the Defendants in the above captioned case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' Motion to Admit Paul K. Silverberg as counsel pro hac vice to represent Defendants in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 17, 1985. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known Paul K. Silverberg since 2004.

    4.    Paul K. Silverberg is a partner at Silverberg & Associates, P.A. in Weston, Florida.

    5.    I have found Mr. Silverberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Paul K. Silverberg, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Paul K. Silverberg, pro hac vice, which is attached hereto as Exhibit "A".

WHEREFORE, it is respectfully requested that the motion to admit Paul K. Silverberg, pro hac vice, to represent Defendants in the above captioned matter, be granted.

August 14, 2007
New York, New York

Respectfully submitted,

_____
Franklin A. Rothman
SDNY Bar Code: FR9553

STATE OF NEW YORK     )
                      ) SS:
COUNTY OF NEW YORK    )

The foregoing affidavit was sworn to and acknowledged before me this 14th day of August 2007, by Franklin A. Rothman, who is personally known to me or has produced Drivers License as identification and who did take an oath.

_____
Printed Name Robert A. Soloway
Notary Public, State of New York
Commission Number:

ROBERT A. SOLOWAY
Notary Public State of New York
No. 02SO5055439
Qualified in New York County
Commission Expires February 12, 200_

2

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. **# 147877**

I, **CLARENCE MADDOX**,   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *Paul K. Silverberg*   was duly admitted to practice

in said Court on **10/16/98**, and is in good standing as a member of the bar of this Court.

Dated at:  **Miami, Florida**, this August 9, 2007

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By _____
Deputy Clerk

.sk.5/2002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOULD PAPER CORPORATION,

        Plaintiff,

v.

ALEX GOMEZ and JOHN HUEMPFNER,

        Defendants.

_____/

CASE NO. 07 CIV 6087
JUDGE CHIN

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

    Upon the Motion of Franklin A. Rothman, attorney for Defendants, Alex Gomez and John Huempfner, and said sponsor attorney's affidavit in support;

    IT IS HEREBY ORDERED that

    Paul K. Silverberg, Esq.
    Silverberg & Associates, P.A.
    2665 Executive Park Drive, Suite 2
    Weston, Florida 33331
    Telephone Number: (954) 384-0998
    Fax Number: (954) 384-5390
    psilverberg@pkslegal.com

is admitted to practice pro hac vice as counsel for Defendants Alex Gomez and John Huempfner in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

                                        _____
                                        United States District/Magistrate Judge

Conformed copies to:
Franklin A. Rothman, Esq.
Paul K. Silverberg, Esq.
Jack Hassid, Esq.

**EXHIBIT "A"**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice has been sent by facsimile and US Mail this 14th day of August, 2007 to Jack Hassid, Esq., 460 Park Avenue, 10th Floor, New York, New York 10022.

By: _____
Franklin A. Rothman

2