B
063016
up

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

GOULD PAPER CORPORATION,
Plaintiff

V.

ALEX GOMEZ and JOHN HUEMPFNER,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 6087

JUDGE CHIN

7/31/07
3:00 PM

Deborah Gomez
wife

TO: (Name and address of Defendant)

ALEX GOMEZ
16360 Paddock Lane
Weston, FL 33326

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JACK HASSID, ESQ.
460 Park Avenue, 10th Fl.
New York, N.Y. 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    6/28/2007
CLERK                                                  DATE

_Marcos Quintero_
(By) DEPUTY CLERK

## VERIFIED RETURN OF SERVICE, SUMMONS

**Gould Paper Corporation**

           CASE NO: **07 CIV 6087 CHIN**

VS.         TYPE OF WRIT: 20 Day Summons

**Alex Gomez**

Pursuant to the request of Jack Hassid, whose office is located at 460 Park Ave. 10th Floor, and pursuant to the Chief Judge's Administrative Order No. 94-12, dated Aug. 15, 1994, I, Wyatt Payne, # 288, received this document on 6/30/07 at 10:00 AM, and served the same on **Alex Gomez** on 7/31/07 at 3:00 PM at **16360 Paddock Lane, Weston, Florida.**

[ ]  **INDIVIDUAL**: By serving the within named person a copy of the writ, a copy of the complaint, petition or initial pleading.

[X]  **SUBSTITUTE**: By serving a copy of this writ, and a copy of the complaint, petition or initial pleading at the defendants usual place of abode on a person permanently residing therein, to wit, **Deborah Gomez, Wife** who is 15 years or older, and informing the person of the contents.

[ ]  **CORPORATE/GOVERNMENTAL**: By serving as , pursuant to Florida Statutes SS48.091.

[ ]  **POSTED RESIDENTUAL/COMMERCIAL**: By making two unsucessful attempts to serve this defendant, six hours apart to wit: (1) , (2) on both attempts, no one was at the address contained therein.

[ ]  **PARTNERSHIP SERVICE**: By serving , who is one of the partners.

[ ]  **NO SERVICE**: For the reason that diligent search and inquiry failed to find said defendant, ,

I ACKNOWLEDGE that I am Certified Process Server in the Circuit in good standing (or authorized to serve process in the Circuit), in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

Wyatt Payne, # 288
Court Certified Process Server