# DEFENDANTS' POTENTIAL WITNESS LIST

A. Gould employees in Miami, Florida

   1. Santiago Yudice
   2. Geoff Pearson
   3. Simon Hernandez
   4. Ali Fonseca

B. Customers in San Juan, Puerto Rico

   1. Simon Hernandez – Caribbean forms Manufacturer
   2. Esteban Ramallo - Caribbean forms Manufacturer
   3. Vivian Manrique - Caribbean forms Manufacturer

C. Customers in Miami, Florida

   1. Richard Sirera – KAR Printing
   2. Ed Garcia – Best Litho
   3. Manny Manzano – National Litho
   4. Jose Gomez Sr. – Colonial Press International
   5. Richard Erens – A Plus
   6. Carol Lee Erens – A Plus
   7. Luis Damas – A Plus
   8. Manny Fernandez – Belak Color
   9. Nestor Miranda – Flyer Miami

**EXHIBIT "A"**