MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Web Search:

**Click Your Current Mortgage Rate & Refinance Now**
4.00-4.99%  5.00-5.99%  6.00-6.99%  7.00-7.99%  8.00-8.99%  9.00%+

msn. Hotmail       Today | Mail | Calendar | Contacts

debigom@hotmail.com                                      Free Newsletters |

Reply | Reply All | Forward | Delete | Block | Junk | Put in Folder | Print View | Save Addrs

**From:** Michelle Serrano <tinkerbell33055@yahoo.com>
**Sent:** Friday, March 19, 2004 3:42 PM
**To:** debigom@hotmail.com
**Subject:** Fwd: Orbitz Travel Document - New York 3/21/04

*Orbitz Traveler Care <travelercare@orbitz.com>* wrote:

Date: Fri, 19 Mar 2004 10:32:09 -0600 (CST)
From: Orbitz Traveler Care
To: Michelle Serrano
Subject: Orbitz Travel Document - New York 3/21/04

# ORBITZ

**Your Travel Document...**

Hello Michelle,                                          March 19, 2004

Thanks for traveling with Orbitz. This e-mail           **GREAT RATES**
confirms the ticket number(s) issued for the            Click for car and hotel rates in
"**New York 3/21/04**" trip. Please review the ticket   New York
information:
                                                        ADD A HOTEL

                                                        Book now on Orbitz!

**New Information for Airport Security**

**Security update:** Airports and airlines now require    **CARE ALERTS**
that you obtain a boarding pass before entering the     We automatically send alerts
security checkpoint. Review the latest airport          about flight status, delays and
security rules.                                         cancellations. Orbitz will send
                                                        alerts to your e-mail:
                                                        tinkerbell33055@yahoo.com
**TICKET INFORMATION**
                                                        Send alerts to your phone or
**Passenger(s):** ALEX GOMEZ                            pager. Update alerts setup
**Orbitz record locator:** 742YVBTE
**Airline ticket number(s):** 4877545755665             **ORBITZ EXTRAS**

                                                        Insure your trip with Travel
**Sunday, March 21, 2004**                              Protection. See coverage
Spirit Airlines # 770                                   options.

Fort Lauderdale International (FLL) to New York La

departure.

Lastly, please remember that your travel itineraries and information always are available online in "My Stuff." If you have any questions, you can e-mail us.

We'll be in touch with essential trip information as the travel date nears.

Again, thank you for choosing Orbitz.

Enjoy your trip!

**Orbitz Customer Care**

P.S. Need additional help? Check out our Customer Service section.

Do you Yahoo!?
Yahoo! Mail - More reliable, more storage, less spam

Get the latest updates from MSN

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat

© 2004 Microsoft Corporation. All rights reserved. TERMS OF USE   Advertise   TRUSTe Approved Privacy Statement   GetNetWise   Anti-

# The Waldorf-Astoria

301 Park Avenue • New York, NY 10022
Phone (212) 355-3000 • Fax (212) 872-7272
www.waldorfastoria.com

**Name & Address**

GOMEZ, ALEX
2003 NW 106 WAY
MIAMI, FL 33178
US

Room: 1185/0/2D
Arrival Date: 03/21/04 2:46PM
Departure Date: 03/24/04
Adult/Child: 1/0
Room Rate: $249.00

RATE PLAN: LV5

HH#:
AL:
BONUS AL:     CAR:

*COPY*

CONFIRMATION NUMBER: 3181552647

03/24/04   PAGE   1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 03/21/04 | GUEST ROOM | ITOPOR | 1388975 | $249.00 | | |
| 03/21/04 | CITY TAX-R | ITOPOR | 1388975 | $2.00 | | |
| 03/21/04 | ROOM OCCUPANCY TAX 5% | ITOPOR | 1388975 | $12.45 | | |
| 03/21/04 | STATE ROOM TAX 8.625% | ITOPOR | 1388975 | $21.48 | | |
| 03/22/04 | *OSCAR'S | LINTR | 1392778 | $42.56 | | |
| 03/22/04 | GUEST ROOM | ITOPOR | 1398154 | $249.00 | | |
| 03/22/04 | CITY TAX-R | ITOPOR | 1398154 | $2.00 | | |
| 03/22/04 | ROOM OCCUPANCY TAX 5% | ITOPOR | 1398154 | $12.45 | | |
| 03/22/04 | STATE ROOM TAX 8.625% | ITOPOR | 1398154 | $21.48 | | |
| 03/23/04 | *BULL & BEAR BAR | LINTR | 1406179 | $9.68 | | |
| 03/23/04 | GUEST ROOM | ITOPOR | 1406446 | $249.00 | | |
| 03/23/04 | CITY TAX-R | ITOPOR | 1406446 | $2.00 | | |
| 03/23/04 | ROOM OCCUPANCY TAX 5% | ITOPOR | 1406446 | $12.45 | | |
| 03/23/04 | STATE ROOM TAX 8.625% | ITOPOR | 1406446 | $21.48 | | |
| | WILL BE SETTLED TO AX ***********3006 | | | | | $907.23 |

**THANK YOU**

## Zip-Out Check-Out®

Good Morning! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.

• Please review this statement. It is a record of your charges as of late last night.
• For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your room account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call extension 49 from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any...*

| DATE OF CHARGE | FOLIO NO/CHECK NO |
|---|---|
| | 214069 A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC | |
| TOTAL AMOUNT | |



NEW YORK WALDORF ASTORIA
301 Park Avenue
New York, NY 10022
United States

HOTEL PHONE: 1-212-355-3
HOTEL FAX: 1-212-872-7

## CONFIRMATION NUMBER: 3181552847

**GUEST NAME:** Mr Alex Gomez
**STREET ADDRESS:** 9003 Nw 105 Way
**CITY, STATE:** Miami, FL
**ZIP:** 33178 US

**NON-SMOKING CONFIRMED**

**RESERVATION DETAILS**
ARRIVE: Sunday 21 March 2004
DEPART: Wednesday 24 March 2004
# NIGHTS: 3
# ROOMS: 1
ROOM TYPE: 1 QUEEN BED DELUXE ROOM
RATE/CURRENCY: 249.00 American Dollars
TAX: 13.625% Per Room Per Night
TAX: 2.00 Flat Rate
# ADULTS: 1

AFP

**CHECK-IN/CHECK-OUT POLICY.** Certain hotels may impose a fee for checkout prior to the departure date confirmed.

**GUARANTEE/CANCEL POLICY.** Your reservation is guaranteed for late arrival. Should you need to cancel please contact us before 12am on Sunday 21 March 2004 local property time to avoid cancellation penalties.

**ARRIVAL TIME.** Room reservations are held until either the deposit or guarantee due date. If no deposit or guarantee is required, reservations will be held until local hotel hold time. To hold the room beyond the local hotel hold time, a credit card guarantee of payment must be received at the hotel prior to designated hold time. For reservations confirmed from countries where local regulations prohibit guarantee to a credit card, payment by check in the currency of the country in which the hotel is located, for at least one night, must be received by the hotel for the room to be held for arrival beyond the local hotel hold time. Rooms may not be available until after the reserved hotel's designated check-in time. Occupancy prior to checkout time on the date of the reservation cannot be confirmed unless payment for the previous night is received by the hotel prior to arrival, either by a credit card accepted by the hotel or a deposit by check.

**RATE RULES/RESTRICTIONS.** Rates are confirmed in the currency of the country in which the hotel is located unless otherwise specified above. Rates confirmed are for the number of occupants specified above, per room, per night and do not include additional charges for rollaway beds or extra people. Tour and package rates vary according to the features of the specific package or program offered at each hotel. The applicable charges for the packages confirmed are indicated above. Applicable taxes, service charges, and value added tax (VAT), if applicable, will be added to the hotel bill unless indicated as a package feature. The taxes, service charges and value added tax shown above are those in effect on the arrival date. Taxes, service charges, etc. are subject to change without notice according to local law.

**REVISION/CANCELLATION.** Cancellation of reservations for which payment was guaranteed or for which a deposit has been sent must reach the destination hotel by the local hotel hold time on the cancellation date indicated to avoid your credit card being charged or the forfeiture of your deposit. Cancellation numbers are issued at the time of cancellation provided the reservation is cancelled by the date and time specified. Please make a note of the cancellation number for your records in the event of questions regarding cancellation of guaranteed reservations. A new deposit is required for revisions to reservations received after the cancellation refund due date. Any changes to the arrival date, departure date, or room type of this reservation is subject to the hotel's availability at the time the change is requested and may result in a possible rate change and/or service fee. If you need to make changes to your reservation, please contact Hilton Reservations Worldwide at 1-800-HILTONS, visit us at http://www.hilton.com, email us at confirmationhelp@hiltonres.com, or talk to a U.S. Reservation Sales Specialist [ Push to Talk ].