Feb. 8. 2008 2:44PM JAC Law Offices    → SILVERBERG                    No.1301   P. 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
GOULD PAPER CORPORATION,

          Plaintiff,

   -against-

ALEX GOMEZ and JOHN HUEMPFNER,

          Defendants.
------------------------------------------------ x

07 CIV. 6087 (DC)

ECF CASE

STIPULATION

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

      1.    Plaintiff will amend the complaint to substitute Madisen Corp. and Amron Paper, Inc. as defendants in place of Alex Gomez and John Huempfner and as to which this action shall be deemed dismissed without prejudice.

      2.    Silverberg & Weiss, P.A. agrees to accept service of process with respect to Madisen Corp. and Amron Paper, Inc.

      3.    The time of Madisen Corp. and Amron Paper, Inc. to answer the amended complaint shall be extended to 20 days from the date of service thereof.

      4.    The caption of the within action is hereby amended as follows:

02/Feb. 8. 2008 2:44PM   JAC Law Offices SG. → SILVERBERG            No.1301   P. 3/6   003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GOULD PAPER CORPORATION,

        Plaintiff,                     07 CIV. 6087 (DC)
                                       ECF CASE

        -against-


MADISEN CORP., and AMRON PAPER, INC.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      5.    The Clerk of the Court is hereby directed to amend the Court's records in accordance with the provisions of this Stipulation.

Dated: New York, N.Y.
       February 8, 2008

JACK HASSID, ESQ.                            SILVERBERG & WEISS, P.A.

*/s/ Jack Hassid*                                   By: */s/ Paul Silverberg*
Jack Hassid, Esq. (JH8073)               Paul Silverberg, Esq.
Attorney for Plaintiff                         Attorneys for Defendants
460 Park Avenue - 10th Floor            2665 Executive Park Drive, Ste. 2
New York, N.Y. 10022                      Weston, FL 33331
(212) 421-4932                                 (954) 384-0998


SO ORDERED:

*/s/*
U.S.D.J

2/14/08

-2-