UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOULD PAPER CORPORATION,

        Plaintiff,                        CASE NO. 07 CIV 6087
                                             JUDGE CHIN

v.

MADISEN CORP. and AMRON PAPER, INC.

        Defendants.

_____/

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel certifies that Madisen Corp. has no parent corporation or publicly held corporation owning ten percent or more of its stock.

                                                  *Respectfully submitted*,

                                                  SILVERBERG & WEISS, P.A.
                                                  Admitted *Pro Hoc Vice*
                                                  *Attorneys for Defendants/Counter-Plaintiffs*
                                                  2665 Executive Park Drive, Suite 2
                                                  Weston, Florida  33331
                                                  Telephone:  (954) 384-0998
                                                  Facsimile:  (954) 384-5390

                                                  By: *s/Paul K. Silverberg*
                                                            Paul K. Silverberg

CASE NO. 07 CIV 6087<br>
JUDGE CHIN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed using the ECF Electronic Filing System and provided using the same method of transmission to Jack Hassid, Esq., 460 Park Avenue, 10th Floor, New York, New York 10022 this 11st day of March, 2008.

By: *s/Paul K. Silverberg*
Paul K. Silverberg