AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

      Southern      District of      New York

GOULD PAPER CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

MADISEN CORP. and AMRON PAPER, INC.

CASE NUMBER:   07 CIV. 6087 (DC)

TO: (Name and address of Defendant)

AMRON PAPER, INC.
128 Victorian Lane
Jupiter, FL 33458

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JACK HASSID, ESQ.
460 Park Avenue
New York, N.Y. 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

FEB 1 1 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    Signature of Server

                                      _____
                                      Address of Server

2/22/08    *[signature]*
           Paul K. Silverberg, Esq.
           Counsel for Amron

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.