## CERTIFICATE OF SERVICE

JACK HASSID, ESQ., hereby declares pursuant to 28 U.S.C. § 1746, as follows:

I am an attorney duly admitted to the practice of law in the State of New York and to the Bar of this Court, and am the attorney for plaintiff Gould Paper Corporation.

On May 22, 2008, I served a copy of Plaintiff's Reply on the following:

> SILVERBERG & WEISS, P.A.
> Attorneys for Defendants
> 2665 Executive Park Drive, Ste. 2
> Weston, FL 33331

Said service was made by depositing a true copy of same enclosed in a post paid, properly addressed wrapper in a post office or official depositary under the exclusive care and custody of the United States Postal Service within New York State.

I hereby declare under penalty of perjury that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: New York, N.Y.
       May 22, 2008

/s/ Jack Hassid
Jack Hassid, Esq. (JH8073)