**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GOULD PAPER CORPORATION,

       Plaintiff,                      CASE NO. 07 CIV 6087
                                                   JUDGE CHIN

v.

MADISEN CORP. and AMRON PAPER, INC.

       Defendants.

_____/

## NOTICE OF UNAVAILABILITY

NOTICE is hereby given to all parties in this action that counsel for Defendants, Madisen Corp. and Amron Paper, Inc., Paul K. Silverberg, is unavailable from July 28, 2008 through and including August 29, 2008 and requests that no discovery, hearing, trial or other significant events be scheduled during the period set forth above.

*Respectfully submitted*,

SILVERBERG & WEISS, P.A.
Admitted *Pro Hac Vice*
*Attorneys for Defendants/Counter-Plaintiffs*
2665 Executive Park Drive, Suite 2
Weston, Florida  33331
Telephone:  (954) 384-0998
Facsimile:  (954) 384-5390

By: *s/Paul K. Silverberg*
       Paul K. Silverberg

CASE NO. 07 CIV 6087<br>JUDGE CHIN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed using the ECF Electronic Filing System and provided using the same method of transmission to Jack Hassid, Esq., 460 Park Avenue, 10th Floor, New York, New York 10022 this 11th day of June, 2008.

By: *s/Paul K. Silverberg*
Paul K. Silverberg