

# Silverberg & Associates, P.A.
## Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/08

RECEIVE
JUL 08 2008
JUDGE CHIN'S CHAMBERS

**VIA FACSIMILE**
**(212) 805-7906**

Honorable Denny Chin
Daniel Patrick Moynihan
500 Pearl Street, Room 1020
New York, New York 10007

Re:    *Gould Paper v. Alex Gomez and John Huempfner*,
       Case No. 07-CIV-6087

Dear Judge Chin:

As you know, the undersigned represents Defendants in the above matter. I have been recently scheduled for non-elective surgery at the end of this month and been told that I will be basically bed restricted for 4 weeks. We have filed a notice of unavailability due to this matter. My final doctor's visit pre-surgery is July 14, 2008.

I have spoken with opposing counsel on this matter and he confers with my notification of the Court and does not object to an extension of the discovery deadline. Currently, the discovery deadline is September 1, 2008, which is immediately following my four week restriction. We respectfully request an extension of discovery through November 14, 2008. Neither party will be prejudiced, and this will assist with the scheduling of travel of undersigned and my clients.

Thank you for your attention to this matter.

Respectfully,

Paul K. Silverberg

PKS:hmm

cc:    Jack Hassid, Esq. (via facsimile)

*The discovery cut-off is extended until 11/14/08. The PTC is adjourned to that date, at 11:30 am. SO ORDERED.*

*[signature] 7/10/08*